[No. 13005-3-III.    Division Three.    March 28, 1995.]

SCOTT T. GOODMAN, *Appellant*, v. GLADYS K. GOODMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-04944-5, Robert D. Austin, J., entered December 30, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 13703-1-III.    Division Three.    March 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. VIRGIL A. BEARCUB, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 93-8-00187-1, David Edwards, J. Pro Tem., entered November 24, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 13574-8-III.    Division Three.    March 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY C. VAN DYKE, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 93-1-00075-1, Ted Walter Small, Jr., J., entered September 28, 1993. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.